

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-14-00209-CR
04-14-00211-CR &
04-14-00212-CR

Shanelle Evette **CHARLES**[1],
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2014CR0038, 2012CR3193, & 2013CR10374
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED May 21, 2014.

_____
Marialyn Barnard, Justice

---

[1] In the judgments in Appeal Nos. 04-14-00209-CR and 04-14-00211-CR, appellant's name is stated as Shanelle Evette Charles. However, in Appeal No. 04-14-00212-CR, the judgment states appellant's name is Shanelle Cooks. It is clear from the records that Shanelle Evette Charles and Shanelle Cooks are the same person. Accordingly, we shall refer to appellant as Shanelle Evette Charles.